LAMB, KRETZER, REINMAN & ROSELLE
COUNSELLORS AT LAW
601 PAVONIA AVENUE
JERSEY CITY, NEW JERSEY 07306-2989
Telephone: (201) 798-0400
Attorneys for Defendant, Cassone Leasing, Inc.
Our File No. 30.3238

RECEIVED

OCT 27 2006

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN P. KEAN and SARA T. KEAN, <br><br> Plaintiffs <br><br> vs. <br><br> CASSONE LEASING, INC., <br><br> Defendants. | CIVIL ACTION NO: 05-892(FLW) <br><br> Civil Action <br><br> **AMENDED FINAL PRETRIAL ORDER** |

THIS MATTER having come before the Court for a Pretrial Conference pursuant to Fed.R.Civ.P. 16 with Robert W. Beattie, Esq., attorneys for the plaintiff and Lamb, Kretzer, Reinman & Roselle, Esqs., attorneys for the defendant (George C. Roselle III, Esq., appearing) and for good cause shown the following Order be and hereby is entered:

1. Any and all reports required under Fed.R.Civ.P. 26(a)(2)(B) on behalf of the defendant shall be served no later than November 28, 2006.

10/07/v

HON. JOHN J. HUGHES, U.S.M.J.