ROBERT W. BEATTIE, ESQ.
800 RIVERVIEW DRIVE
SUITE 103
BRIELLE, NEW JERSEY 08730
Attorney for Plainfifs,
John P. Kean and Sara Kean

RECEIVED

JAN 3 0 2007

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN P. KEAN AND SARA KEAN : Civil Action No. 05-892 (FLW)

Plaintiffs,

v.

CASSONE LEASING, INC.

Defendant.

: **STIPULATION OF DISMISSAL WITH PREJUDICE**

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice and without costs against either party.

_____  DATED: 1-19-07
ROBERT W. BEATTIE, ESQ.
Attorney for Plaintiffs,
John P. Kean and Sara Kean

_____  DATED: 1/22/07
GEORGE C. ROSELLE, III, ESQ.
Attorney for Defendant,
Cassone Leasing